IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COREY L. SANDERS,

    Plaintiff,

ORDER

Case No. 17-cv-328-jdp

On May 4, 2017, this court entered an order directing plaintiff Corey L. Sanders to submit by May 26, 2017 an initial partial payment of the filing fee in the amount of $7.47. Now plaintiff has filed a motion to waive the entire $350 fee for filing this case. (Dkt. #5.)

Plaintiff's motion will denied. Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act. Federal law does not permit a court to waive a prisoner's entire obligation to pay the filing fee, but it does allow a qualifying individual to proceed without prepaying some or all of the filing fee.

The account statements that plaintiff filed shows that he has received regular deposits to his account. Since the court has not yet received plaintiff's $7.47 initial partial payment and the deadline is May 26, 2017, the court will provide plaintiff with an enlargement of time until June 16, 2017 to pay the initial partial payment.

ORDER

IT IS ORDERED that,

1. Plaintiff Corey L. Sanders's motion to waive the entire filing fee in this case (Dkt. #5.) is DENIED.

2. Plaintiff may have until June 16, 2017, to submit a check or money order made payable to the clerk of court in the amount of $7.47. If by June 16, 2017, plaintiff fails to make the initial partial payment or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing at a later date.

Entered this 23rd day of May, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge